IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   15-cv-01222-WYD-KLM

NANCY CORRAL,

      Plaintiff,

v.

Q INVESTMENTS, LLC,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      Plaintiff's Unopposed Motion for Second Extension of Time Within Which to Reply to Defendant's Motion to Dismiss filed August 7, 2015 (ECF No. 9) is **GRANTED**. Plaintiff has up to and including **Friday, August 21, 2015**, within which to file a reply to the motion to dismiss.

      In light of the foregoing, Plaintiff's Motion for Extension of Time Within Which to Reply to Defendant's Motion to Dismiss filed July 23, 2015 (ECF No. 8) is **DENIED AS MOOT**.

      Dated:  August 10, 2015.