IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01222-WYD-KLM

NANCY CORRAL,

    Plaintiff,

v.

Q INVESTMENTS, LLC,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER comes before the Court on the Joint Motion and Stipulation for Dismissal with Prejudice filed September 15, 2015.  After reviewing the file and the motion, it is hereby

ORDERED that the Joint Motion and Stipulation for Dismissal with Prejudice [ECF No. 13] is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**, with each party to pay their own costs and attorney fees.

Dated:  September 22, 2015.

                                          BY THE COURT:

                                          /s/ Wiley Y. Daniel
                                          WILEY Y. DANIEL,
                                          SENIOR UNITED STATES DISTRICT JUDGE